# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| METROPOLITAN EDISON COMPANY, | : | No. 867 MAL 2015 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| | : | |
| CITY OF READING, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

　　**AND NOW**, this 6th day of June, 2016, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner is:

　　Did the Commonwealth Court err in holding that the City of Reading was immune from liability for property damage caused by Reading's negligent conduct despite the [u]tility [s]ervice [f]acility exception to governmental immunity contained within the Tort Claims Act, 42 Pa.C.S. §8542(b)(5)?